◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES NORTON, Appellant. [759 NYS2d 417] —Appeal from a judgment of Erie County Court (D'Amico, J.), entered August 11, 2000, convicting defendant upon his plea of guilty of attempted sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Wisner, Kehoe, Burns and Gorski, JJ.